**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000730
31-JUL-2026
03:01 PM
Dkt. 58 ODMR**

NO. CAAP-25-0000730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HYE JA CHOI, Plaintiff-Appellant,
v.
WIRELESS CITY LLC, Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0005700)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Hiraoka and Gluck, JJ.)

Upon consideration of the "Motion for Reconsideration of DKT51 (Order)" (**Motion**), filed on July 21, 2026, by Plaintiff-Appellant Hye Ja Choi (**Choi**), and the record, it appears that:

(1) Choi seeks reconsideration of this court's Order Dismissing Appeal, filed on July 15, 2026;

(2) Choi presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

(3) Choi also states that she "did not appeal case 1DRC-24-0010100," which is now pending before this court as CAAP-26-0000514. Any request to dismiss CAAP-26-0000514 shall be filed in CAAP-26-0000514.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 31, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Daniel M. Gluck
Associate Judge